In the Matter of THOMAS J. CURRAN, as Chairman of the Republican County Committee of New York County, et al., Appellants, against S. HOWARD COHEN et al., Constituting the Board of Elections of the City of New York, et al., Respondents.

Argued October 21, 1943, decided October 22, 1943.

*Louis J. Lefkowitz, Alfred J. Bohlinger* and *Lester M. Friedman* for Thomas J. Curran, as Chairman of the Republican County Committee of New York County, and John J. Knewitz, as Chairman of the Republican County Committee of Bronx County, appellants.

*Alfred J. Bohlinger* for George Frankenthaler and David W. Peck, appellants.

*David Halper* for Matthew M. Levy, appellant.

*Solomon C. Stember* for George Salvatore, respondent.

*Robert H. Elder* and *Edward J. Fontana* for Thomas A. Aurelio, respondent.

*Ignatius M. Wilkinson, Corporation Counsel (Seymour B. Quel* of counsel), for Board of Elections, respondent.

Order affirmed; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER. JJ.